# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE: )
)
Mason, Gabby ) Case No. 26-12811
) Chapter 7
)
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/employee income record information is filed on behalf of the debtor(s):

Pay advices are attached as follows:

| **Debtor, Joint Debtor, or Non filing spouse** | **Employer** | **Beginning Date** | **Ending Date** |
|---|---|---|---|
| Debtor | Not working/ Student | 01/01/2026 | 08/01/2026 |
| Non Filing Spo | Dakk MFG LLC | 01/09/2026 | 07/24/2026 |
| | | | |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

Date: 08/15/2026

s/Paul J. Choate
Signature
Paul J. Choate
Name
1423 E Wrangler Blvd
Address
Seminole, OK 74868
City, State, and Zip Code
405-788-0058
Telephone Number
888-288-8137
Fax Number
paul@chapter7ok.com
Email Address
Counsel for Debtor(s)

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 01/09/2026
NET PAY: $1,268.81

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| **PAY PERIOD** | |
|---|---|
| Period Beginning: | 12/24/2025 |
| Period Ending: | 01/06/2026 |
| Pay Date: | 01/09/2026 |
| Total Hours: | 59.79 |

| **OTHER PAY/CONTRIBUTIONS** | Current | Year To Date |
|---|---|---|
| 401K Plan Deferral | 34.68 | 34.68 |
| Dental Ins | 12.92 | 12.92 |
| Vision Ins | 4.21 | 4.21 |
| Health Ins | 130.57 | 130.57 |

| **BENEFITS** | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| **NET PAY:** | $1,268.81 |
|---|---|
| Acct#....1044: | $126.88 |
| Acct#....1156: | $1,141.93 |

**MEMO:**

| **PAY** | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Drive Time | 15.07 | 29.00 | 437.03 | 437.03 |
| Shop Time | 28.72 | 29.00 | 832.88 | 832.88 |
| Holiday Pay | 16.00 | 29.00 | 464.00 | 464.00 |

| **DEDUCTIONS** | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 52.02 | 52.02 |
| Dental Ins | 42.00 | 42.00 |
| Vision Ins | 1.05 | 1.05 |
| Health Ins | 158.75 | 158.75 |

| **TAXES** | Current | YTD |
|---|---|---|
| Federal Income Tax | 54.07 | 54.07 |
| Social Security | 94.99 | 94.99 |
| Medicare | 22.22 | 22.22 |
| OK Income Tax | 40.00 | 40.00 |

| **SUMMARY** | Current | YTD |
|---|---|---|
| Total Pay | $1,733.91 | $1,733.91 |
| Taxes | $211.28 | $211.28 |
| Deductions | $253.82 | $253.82 |

**Net Pay** **$1,268.81**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 01/23/2026
NET PAY: $1,840.60

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning: | 01/07/2026 |
| Period Ending: | 01/20/2026 |
| Pay Date: | 01/23/2026 |
| Total Hours: | 84.65 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 102.52 | 102.52 |
| 401K Plan Deferral | 50.29 | 84.97 |
| Dental Ins | 12.92 | 25.84 |
| Vision Ins | 4.21 | 8.42 |
| Health Ins | 130.57 | 261.14 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| NET PAY: | $1,840.60 |
|---|---|
| Acct# ...1044: | $184.06 |
| Acct# ...1156: | $1,656.54 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 3.28 | 16.00 | 52.48 | 52.48 |
| Drive Time | 23.66 | 29.00 | 686.14 | 1,123.17 |
| Shop Time | 34.27 | 29.00 | 993.83 | 1,826.71 |
| Jobsite Time | 16.37 | 29.00 | 474.73 | 474.73 |
| Overtime Pay | 7.07 | 43.50 | 307.55 | 307.55 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 75.44 | 127.46 |
| Dental Ins | 42.00 | 84.00 |
| Vision Ins | 1.05 | 2.10 |
| Health Ins | 158.75 | 317.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 144.96 | 199.03 |
| Social Security | 143.40 | 238.39 |
| Medicare | 33.53 | 58.75 |
| OK Income Tax | 75.00 | 115.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,514.73 | $4,248.64 |
| Taxes | $396.89 | $608.17 |
| Deductions | $277.24 | $531.06 |

**Net Pay** **$1,840.60**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 02/06/2026
NET PAY: $2,247.36

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning | 01/21/2026 |
| Period Ending | 02/03/2026 |
| Pay Date | 02/06/2026 |
| Total Hours | 97.22 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 61.38 | 146.35 |
| Dental Ins | 12.92 | 38.76 |
| Vision Ins | 4.21 | 12.63 |
| Health Ins | 130.57 | 391.71 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| NET PAY: | $2,247.36 |
|---|---|
| Acct# ...3582: | $224.74 |
| Acct# ...1156: | $2,022.62 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | - | 16.00 | 0.00 | 52.48 |
| Drive Time | 48.46 | 29.00 | 1,405.34 | 2,528.51 |
| Shop Time | 10.87 | 29.00 | 315.23 | 2,141.94 |
| Jobsite Time | 20.67 | 29.00 | 599.43 | 1,074.16 |
| Overtime Pay | 17.22 | 43.50 | 749.07 | 1,056.62 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 92.07 | 219.53 |
| Dental Ins | 42.00 | 126.00 |
| Vision Ins | 1.05 | 3.15 |
| Health Ins | 158.75 | 476.25 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 209.49 | 408.52 |
| Social Security | 177.77 | 416.16 |
| Medicare | 41.58 | 97.33 |
| OK Income Tax | 99.00 | 214.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,069.07 | $7,317.71 |
| Taxes | $527.84 | $1,136.01 |
| Deductions | $293.87 | $824.93 |

**Net Pay** **$2,247.36**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 02/20/2026
NET PAY: $1,323.40

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning: | 02/04/2026 |
| Period Ending: | 02/17/2026 |
| Pay Date: | 02/20/2026 |
| Total Hours: | 62.39 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 36.19 | 182.54 |
| Dental Ins | 12.92 | 51.68 |
| Vision Ins | 4.21 | 16.84 |
| Health Ins | 130.57 | 522.28 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| NET PAY: | $1,323.40 |
|---|---|
| Acct#....3582: | $132.34 |
| Acct#....1156: | $1,191.06 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | - | 16.00 | 0.00 | 52.48 |
| Drive Time | - | 29.00 | 0.00 | 2,528.51 |
| Shop Time | 62.39 | 29.00 | 1,809.31 | 3,951.25 |
| Jobsite Time | - | 29.00 | 0.00 | 1,074.16 |
| Overtime Pay | - | 43.50 | 0.00 | 1,056.62 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 54.28 | 273.81 |
| Dental Ins | 42.00 | 168.00 |
| Vision Ins | 1.05 | 4.20 |
| Health Ins | 158.75 | 635.00 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 62.65 | 471.37 |
| Social Security | 99.67 | 515.83 |
| Medicare | 23.31 | 120.64 |
| OK Income Tax | 44.00 | 258.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,809.31 | $9,127.02 |
| Taxes | $229.83 | $1,365.84 |
| Deductions | $256.08 | $1,081.01 |

**Net Pay** **$1,323.40**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 03/06/2026
NET PAY: $2,198.75

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| **PAY PERIOD** | |
|---|---|
| Period Beginning: | 02/16/2026 |
| Period Ending: | 03/03/2026 |
| Pay Date: | 03/06/2026 |
| Total Hours: | 113.74 |

| **OTHER PAY/CONTRIBUTIONS** | **Current** | **Year To Date** |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 106.42 | 288.96 |
| Dental Ins | 12.92 | 64.60 |
| Vision Ins | 4.21 | 21.05 |
| Health Ins | 204.44 | 726.72 |

| **BENEFITS** | **Accrued** | **Used** | **Available** |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| **NET PAY:** | **$2,198.75** |
|---|---|
| Acct#...3582: | $219.88 |
| Acct#...1156: | $1,978.87 |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---|---|---|---|
| Windshield Time | 18.49 | 16.00 | 295.84 | 348.32 |
| Drive Time | 23.21 | 29.00 | 673.09 | 3,201.60 |
| Shop Time | 20.24 | 29.00 | 586.96 | 4,538.21 |
| Jobsite Time | 18.06 | 29.00 | 523.74 | 1,597.90 |
| Overtime Pay | 33.74 | 43.50 | 1,467.69 | 2,524.31 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 210.00 |
| Vision Ins | 1.05 | 5.25 |
| Health Ins | 562.21 | 1,197.21 |
| Roth Deferral | 177.37 | 177.37 |

| **TAXES** | **Current** | **YTD** |
|---|---|---|
| Federal Income Tax | 234.87 | 706.24 |
| Social Security | 182.41 | 698.24 |
| Medicare | 42.66 | 163.30 |
| OK Income Tax | 106.00 | 364.00 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $3,547.32 | $12,674.34 |
| Taxes | $565.94 | $1,931.78 |
| Deductions | $782.63 | $1,863.64 |

**Net Pay** **$2,198.75**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 03/20/2026
NET PAY: $1,256.57

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning: | 03/04/2026 |
| Period Ending: | 03/17/2026 |
| Pay Date: | 03/20/2026 |
| Total Hours: | 77.01 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 66.30 | 355.26 |
| Dental Ins | 12.92 | 77.52 |
| Vision Ins | 4.21 | 25.26 |
| Health Ins | 204.44 | 931.16 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| NET PAY: | $1,256.57 |
|---|---|
| Acct#....3582: | $1,256.57 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 8.55 | 16.00 | 136.80 | 485.12 |
| Drive Time | 9.38 | 29.00 | 272.02 | 3,473.62 |
| Shop Time | 49.89 | 29.00 | 1,446.81 | 5,985.02 |
| Jobsite Time | 3.12 | 29.00 | 90.48 | 1,688.38 |
| Overtime Pay | 6.07 | 43.50 | 264.05 | 2,788.36 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 252.00 |
| Vision Ins | 1.05 | 6.30 |
| Health Ins | 562.21 | 1,759.42 |
| Roth Deferral | 110.51 | 287.88 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 69.05 | 775.29 |
| Social Security | 99.50 | 797.74 |
| Medicare | 23.27 | 186.57 |
| OK Income Tax | 46.00 | 410.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,210.16 | $14,884.50 |
| Taxes | $237.82 | $2,169.60 |
| Deductions | $715.77 | $2,579.41 |

**Net Pay** **$1,256.57**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 04/03/2026
NET PAY: $977.92

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 03/18/2026 |
| Period Ending: | 03/31/2026 |
| Pay Date: | 04/03/2026 |
| Total Hours: | 66.46 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 54.70 | 409.96 |
| Dental Ins | 12.92 | 90.44 |
| Vision Ins | 4.21 | 29.47 |
| Health Ins | 204.44 | 1,135.60 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| NET PAY: | $977.92 |
| Acct#....3582: | $977.92 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 8.00 | 16.00 | 128.00 | 613.12 |
| Drive Time | 4.93 | 29.00 | 142.97 | 3,616.59 |
| Shop Time | 50.48 | 29.00 | 1,463.92 | 7,448.94 |
| Jobsite Time | 3.05 | 29.00 | 88.45 | 1,776.83 |
| Overtime Pay | - | 43.50 | 0.00 | 2,788.36 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 294.00 |
| Vision Ins | 1.05 | 7.35 |
| Health Ins | 562.21 | 2,321.63 |
| Roth Deferral | 91.17 | 379.05 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 26.81 | 802.10 |
| Social Security | 75.52 | 873.26 |
| Medicare | 17.66 | 204.23 |
| OK Income Tax | 29.00 | 439.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,823.34 | $16,707.84 |
| Taxes | $148.99 | $2,318.59 |
| Deductions | $696.43 | $3,275.84 |

**Net Pay** **$977.92**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 04/17/2026
NET PAY: $1,458.40

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 04/01/2026 |
| Period Ending: | 04/14/2026 |
| Pay Date: | 04/17/2026 |
| Total Hours: | 80.41 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 48.54 | 458.50 |
| Dental Ins | 12.92 | 103.36 |
| Vision Ins | 4.21 | 33.68 |
| Health Ins | 204.44 | 1,340.04 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| NET PAY: | $1,458.40 |
|---|---|
| Acct#....3582: | $1,458.40 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | - | 16.00 | 0.00 | 613.12 |
| Drive Time | 28.16 | 29.00 | 816.64 | 4,433.23 |
| Shop Time | 37.29 | 29.00 | 1,081.41 | 8,530.35 |
| Jobsite Time | 8.41 | 29.00 | 243.89 | 2,020.72 |
| Overtime Pay | 6.55 | 43.50 | 284.93 | 3,073.29 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 336.00 |
| Vision Ins | 1.05 | 8.40 |
| Health Ins | 562.21 | 2,883.84 |
| Roth Deferral | 72.81 | 451.86 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 95.05 | 897.15 |
| Social Security | 112.94 | 986.20 |
| Medicare | 26.41 | 230.64 |
| OK Income Tax | 56.00 | 495.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,426.87 | $19,134.71 |
| Taxes | $290.40 | $2,608.99 |
| Deductions | $678.07 | $3,953.91 |

**Net Pay** **$1,458.40**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 05/01/2026
NET PAY: $1,123.69

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning: | 04/15/2026 |
| Period Ending: | 04/28/2026 |
| Pay Date: | 05/01/2026 |
| Total Hours: | 48.29 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 14.00 | 472.50 |
| Dental Ins | 12.92 | 116.28 |
| Vision Ins | 4.21 | 37.89 |
| Health Ins | 204.44 | 1,544.48 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| **NET PAY:** | $1,123.69 |
| Acct# ...3582: | $1,123.69 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | - | 16.00 | 0.00 | 613.12 |
| Drive Time | - | 29.00 | 0.00 | 4,433.23 |
| Shop Time | 48.29 | 29.00 | 1,400.41 | 9,930.76 |
| Jobsite Time | - | 29.00 | 0.00 | 2,020.72 |
| Overtime Pay | - | 43.50 | 0.00 | 3,073.29 |
| Holiday Pay | - | 29.00 | 0.00 | 464.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 378.00 |
| Vision Ins | 1.05 | 9.45 |
| Health Ins | 51.11 | 2,934.95 |
| Roth Deferral | 14.00 | 465.86 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 35.63 | 932.78 |
| Social Security | 80.99 | 1,067.19 |
| Medicare | 18.94 | 249.58 |
| OK Income Tax | 33.00 | 528.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,400.41 | $20,535.12 |
| Taxes | $168.56 | $2,777.55 |
| Deductions | $108.16 | $4,062.07 |

**Net Pay** **$1,123.69**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 05/29/2026
NET PAY: $1,948.00

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 05/13/2026 |
| Period Ending: | 05/26/2026 |
| Pay Date: | 05/29/2026 |
| Total Hours: | 85.70 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 102.52 |
| 401K Plan Deferral | 24.98 | 523.52 |
| Dental Ins | 12.92 | 142.12 |
| Vision Ins | 4.21 | 46.31 |
| Health Ins | 204.44 | 1,953.36 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | -24.00 |

| NET PAY: | $1,948.00 |
|---|---|
| Acct#....3582: | $1,948.00 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 3.02 | 16.00 | 48.32 | 661.44 |
| Drive Time | 13.31 | 29.00 | 385.99 | 5,096.75 |
| Shop Time | 44.47 | 29.00 | 1,289.63 | 12,074.73 |
| Jobsite Time | 13.32 | 29.00 | 386.28 | 2,947.27 |
| Overtime Pay | 3.58 | 43.50 | 155.73 | 3,464.79 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |
| Holiday Pay | 8.00 | 29.00 | 232.00 | 696.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 462.00 |
| Vision Ins | 1.05 | 11.55 |
| Health Ins | 51.11 | 3,037.17 |
| Roth Deferral | 24.98 | 516.88 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 164.92 | 1,275.33 |
| Social Security | 149.04 | 1,371.83 |
| Medicare | 34.85 | 320.83 |
| OK Income Tax | 82.00 | 697.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,497.95 | $25,636.98 |
| Taxes | $430.81 | $3,664.99 |
| Deductions | $119.14 | $4,301.41 |

**Net Pay** **$1,948.00**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 06/12/2026
NET PAY: $2,144.91

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**PAY PERIOD**

| | |
|---|---|
| Period Beginning: | 05/27/2026 |
| Period Ending: | 06/09/2026 |
| Pay Date: | 06/12/2026 |
| Total Hours: | 98.56 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 269.12 | 371.64 |
| 401K Plan Deferral | 29.62 | 553.14 |
| Dental Ins | 12.92 | 155.04 |
| Vision Ins | 4.21 | 50.52 |
| Health Ins | 204.44 | 2,157.80 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | -24.00 |

**NET PAY:** **$2,144.91**
Acct#....3582: $2,144.91

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 12.75 | 16.00 | 204.00 | 865.44 |
| Drive Time | 15.84 | 29.00 | 459.36 | 5,556.11 |
| Shop Time | 39.51 | 29.00 | 1,145.79 | 13,220.52 |
| Jobsite Time | 11.90 | 29.00 | 345.10 | 3,292.37 |
| Overtime Pay | 18.56 | 43.50 | 807.36 | 4,272.15 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |
| Holiday Pay | - | 29.00 | 0.00 | 696.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 504.00 |
| Vision Ins | 1.05 | 12.60 |
| Health Ins | 51.11 | 3,088.28 |
| Employee Loan | 150.00 | 150.00 |
| Roth Deferral | 29.62 | 546.50 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 220.56 | 1,495.89 |
| Social Security | 177.78 | 1,549.61 |
| Medicare | 41.58 | 362.41 |
| OK Income Tax | 103.00 | 800.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,961.61 | $28,598.59 |
| Taxes | $542.92 | $4,207.91 |
| Deductions | $273.78 | $4,575.19 |

**Net Pay** **$2,144.91**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 06/26/2026
NET PAY: $1,846.22

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| **PAY PERIOD** | |
|---|---|
| Period Beginning: | 06/10/2026 |
| Period Ending: | 06/23/2026 |
| Pay Date: | 06/26/2026 |
| Total Hours: | 89.63 |

| **OTHER PAY/CONTRIBUTIONS** | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 139.64 | 511.28 |
| 401K Plan Deferral | 25.63 | 578.77 |
| Dental Ins | 12.92 | 167.96 |
| Vision Ins | 4.21 | 54.73 |
| Health Ins | 204.44 | 2,362.24 |

| **BENEFITS** | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | -24.00 |

| | |
|---|---|
| **NET PAY:** | **$1,846.22** |
| Acct#....3582: | $1,846.22 |

**MEMO:**

| **PAY** | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 13.57 | 16.00 | 217.12 | 1,082.56 |
| Drive Time | 27.45 | 29.00 | 796.05 | 6,352.16 |
| Shop Time | 10.45 | 29.00 | 303.05 | 13,523.57 |
| Jobsite Time | 28.53 | 29.00 | 827.37 | 4,119.74 |
| Overtime Pay | 9.63 | 43.50 | 418.91 | 4,691.06 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |
| Holiday Pay | - | 29.00 | 0.00 | 696.00 |

| **DEDUCTIONS** | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 546.00 |
| Vision Ins | 1.05 | 13.65 |
| Health Ins | 51.11 | 3,139.39 |
| Employee Loan | 150.00 | 300.00 |
| Roth Deferral | 25.63 | 572.13 |

| **TAXES** | Current | YTD |
|---|---|---|
| Federal Income Tax | 172.66 | 1,668.55 |
| Social Security | 153.04 | 1,702.65 |
| Medicare | 35.79 | 398.20 |
| OK Income Tax | 85.00 | 885.00 |

| **SUMMARY** | Current | YTD |
|---|---|---|
| Total Pay | $2,562.50 | $31,161.09 |
| Taxes | $446.49 | $4,654.40 |
| Deductions | $269.79 | $4,844.98 |

**Net Pay** **$1,846.22**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 07/10/2026
NET PAY: $1,673.09

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 06/24/2026 |
| Period Ending: | 07/07/2026 |
| Pay Date: | 07/10/2026 |
| Total Hours: | 81.36 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 0.00 | 511.28 |
| 401K Plan Deferral | 23.30 | 602.07 |
| Dental Ins | 12.92 | 180.88 |
| Vision Ins | 4.21 | 58.94 |
| Health Ins | 204.44 | 2,566.68 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | -24.00 |

**NET PAY:** $1,673.09
Acct#....3582: $1,673.09

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 2.23 | 16.00 | 35.68 | 1,118.24 |
| Drive Time | 11.19 | 29.00 | 324.51 | 6,676.67 |
| Shop Time | 51.69 | 29.00 | 1,499.01 | 15,022.58 |
| Jobsite Time | 8.25 | 29.00 | 239.25 | 4,358.99 |
| Overtime Pay | - | 43.50 | 0.00 | 4,691.06 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |
| Holiday Pay | 8.00 | 29.00 | 232.00 | 928.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 588.00 |
| Vision Ins | 1.05 | 14.70 |
| Health Ins | 51.11 | 3,190.50 |
| Employee Loan | 150.00 | 450.00 |
| Roth Deferral | 23.30 | 595.43 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 144.82 | 1,813.37 |
| Social Security | 138.65 | 1,841.30 |
| Medicare | 32.43 | 430.63 |
| OK Income Tax | 74.00 | 959.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,330.45 | $33,491.54 |
| Taxes | $389.90 | $5,044.30 |
| Deductions | $267.46 | $5,112.44 |

**Net Pay** **$1,673.09**

DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

Pay Stub Detail
PAY DATE: 07/24/2026
NET PAY: $2,724.80

Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

**EMPLOYER**
DAKK MFG LLC
37961 Hardesty Rd
Shawnee OK 74801

**EMPLOYEE**
Robert Mason
19761 Cornell Dr
Newalla OK 74857-7229

| PAY PERIOD | |
|---|---|
| Period Beginning: | 07/08/2026 |
| Period Ending: | 07/21/2026 |
| Pay Date: | 07/24/2026 |
| Total Hours: | 118.82 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Qualified OT Tracking | 562.89 | 1,074.17 |
| 401K Plan Deferral | 38.52 | 640.59 |
| Dental Ins | 12.92 | 193.80 |
| Vision Ins | 4.21 | 63.15 |
| Health Ins | 204.44 | 2,771.12 |

| BENEFITS | Accrued | Used | Available |
|---|---|---|---|
| Sick | 0.00 | 0.00 | 8.00 |
| Vacation | 0.00 | 0.00 | -24.00 |

| NET PAY: | $2,724.80 |
|---|---|
| Acct#....3582: | $2,724.80 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Windshield Time | 12.02 | 16.00 | 192.32 | 1,310.56 |
| Drive Time | 31.54 | 29.00 | 914.66 | 7,591.33 |
| Shop Time | 31.49 | 29.00 | 913.21 | 15,935.79 |
| Jobsite Time | 4.95 | 29.00 | 143.55 | 4,502.54 |
| Overtime Pay | 38.82 | 43.50 | 1,688.67 | 6,379.73 |
| Vacation Pay | - | 29.00 | 0.00 | 696.00 |
| Holiday Pay | - | 29.00 | 0.00 | 928.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| 401K Plan Deferral | 0.00 | 273.81 |
| Dental Ins | 42.00 | 630.00 |
| Vision Ins | 1.05 | 15.75 |
| Health Ins | 51.11 | 3,241.61 |
| Employee Loan | 150.00 | 600.00 |
| Roth Deferral | 38.52 | 633.95 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 414.43 | 2,227.80 |
| Social Security | 233.01 | 2,074.31 |
| Medicare | 54.49 | 485.12 |
| OK Income Tax | 143.00 | 1,102.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,852.41 | $37,343.95 |
| Taxes | $844.93 | $5,889.23 |
| Deductions | $282.68 | $5,395.12 |

**Net Pay** **$2,724.80**

# United States Bankruptcy Court

In Re: Mason, Gabby )
) Case No. 26-12811
Debtor ) Chapter 7

## Statement

I, Gabby Mason,
have been unemployed for the past 8 months because I am a student.

I declare that the following is true and correct.

gabby mason
Signature of debtor

08/11/2026
Date