# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: admin | Date Created: 08/15/2026 |
| Case: 26−12811 | Form ID: 309A | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Gabby Rae Mason 19761 Cornell dr Newalla, OK 74857 |
| ust | United States Trustee United States Trustee 215 Dean A. McGee Ave., 4th Floor Oklahoma City, OK 73102 |
| tr | Kim Kramer BK Law PLLC 123 W 7th Ave Ste 202 Stillwater, OK 74074−4029 |
| aty | Paul J Choate The Choate Law Firm 1423 E. Wrangler Blvd. Seminole, OK 74868 |
| smg | Oklahoma Employment Security Commission PO Box 53039 Oklahoma City, OK 73152−3039 |
| 7071109 | AMCOL SYSTEMS PO BOX 21625 COLUMBIA SC 29221 |
| 7071110 | BLACKWOOD AMANDA R 512 NW 12TH ST OKLAHOMA CITY OK 73103 |
| 7071111 | CAPITAL ONE PO BOX 31293 SALT LAKE CITY UT 84131 |
| 7071112 | CHERRY TECHNOLOGIES IN 2 EMBARCADERO CTR FL 8 SAN FRANCISCO CA 94111 |
| 7071113 | CREDIT COLLECTION SERVICES PO BOX 607 NORWOOD MA 02062 |
| 7071114 | CREDIT ONE BANK NA PO BOX 98875 LAS VEGAS NV 89193 |
| 7071115 | DITCHERY GEIGER 7123 PEARL ROAD SUITE 400 CLEVELAND OH 44130 |
| 7071116 | IANS ENTERPRISE 9085 HARMONY DR MIDWEST CITY OK 73130 |
| 7071117 | IANS ENTERPRISE LLC 9085 HARMONY DR MIDWEST CITY OK 73130 |
| 7071118 | NATIONAL BUREAU OF COLLECTIONS PO BOX 10718 MIDWEST CITY OK 73140 |
| 7071119 | OU HEALTH PO BOX 292105 NASHVILLE TN 37229 |
| 7071120 | TEAM HEALTH AKRON BILLING CENTER 3585 RIDGE PARK DR FAIRLAWN OH 44333 |

TOTAL: 17