HF 14800780 1 2-3

FILED
SEP 16 2026
DOUGLAS E. WEDGE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: ______ DEPUTY

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE:
Gabby Rae Mason

Debtor.

Case No. 26-12811-sah
Chapter 7

☐ **Check if address should also be changed in an adversary proceeding (list all that apply)**

**Adversary No. and Title:** ______

# NOTICE OF CHANGE OF ADDRESS

**OLD ADDRESS:**

Ian's Enterprise LLC
(Name)

9085 Harmony Dr
(Street Address or P.O. Box)

Oklahoma City, OK 73130-6217
(City, State, Zip Code)

**NEW ADDRESS:**

Ian's Enterprise LLC
(Name)

9450 SW Gemini Dr Ste 39525
(Street Address or P.O. Box)

Beaverton, OR 97008-7105
(City, State, Zip Code)

Date: 08/25/2026

/s/ Ian Rupert, as manager
Creditor's Signature (if pro se)
Printed Name: Ian Rupert for Ian's Enterprise LLC

______
Joint Debtor's Signature (if pro se and applicable)
Printed Name: ______

HF 14300780.1 3-3

Pro se Creditor Signature block

9450 SW Gemini Dr Ste 39525
Creditor(s) Address
Beaverton, OR 97008-7105
City, State, and Zip Code
(405) 622-8679
Telephone Number
(405) 622-8677
Fax Number
Support@IansEnterprise.com
Email Address

Attorney Signature block

s/____________________________

Attorney's Name - Bar Number

Address

City, State, and Zip Code

Telephone Number

Fax Number

Email Address
Counsel for________________________