# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087−5 | User: admin | Date Created: 11/17/2026 |
| Case: 26−12811 | Form ID: 318 | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| aty | Paul J Choate | paul@chapter7ok.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db Gabby Rae Mason 19761 Cornell dr Newalla, OK 74857
tr Kim Kramer BK Law PLLC 123 W 7th Ave Ste 202 Stillwater, OK 74074−4029
cr Ian's Enterprise LLC 9450 SW Gemini Dr Ste 39525 Beaverton, OR 97008−7105
7071109 AMCOL SYSTEMS PO BOX 21625 COLUMBIA SC 29221
7071110 BLACKWOOD AMANDA R 512 NW 12TH ST OKLAHOMA CITY OK 73103
7071111 CAPITAL ONE PO BOX 31293 SALT LAKE CITY UT 84131
7071112 CHERRY TECHNOLOGIES IN 2 EMBARCADERO CTR FL 8 SAN FRANCISCO CA 94111
7071113 CREDIT COLLECTION SERVICES PO BOX 607 NORWOOD MA 02062
7071114 CREDIT ONE BANK NA PO BOX 98875 LAS VEGAS NV 89193
7071115 DITCHERY GEIGER 7123 PEARL ROAD SUITE 400 CLEVELAND OH 44130
7071116 IANS ENTERPRISE 9085 HARMONY DR MIDWEST CITY OK 73130
7071117 IANS ENTERPRISE LLC 9085 HARMONY DR MIDWEST CITY OK 73130
7081621 Ian's Enterprise LLC 9450 SW Gemini Dr Ste 39525 Beaverton, OR 97008−7105
7080652 Ian's Enterprise LLC 99450 SW Gemini Dr Ste 39525 Beaverton OR 97008−7105
7071118 NATIONAL BUREAU OF COLLECTIONS PO BOX 10718 MIDWEST CITY OK 73140
7071119 OU HEALTH PO BOX 292105 NASHVILLE TN 37229
7071120 TEAM HEALTH AKRON BILLING CENTER 3585 RIDGE PARK DR FAIRLAWN OH 44333

TOTAL: 17